14821.   OVERSTREET *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized, if not demanded, by the evidence; and the alleged error in the charge of the court, if error, does not require another trial of the case. The court did not err in refusing the grant of a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1923.

Indictment for larceny from house ; from Berrien superior court —Judge Dickerson.   June 9, 1923.

*Jeff. S. Story,* for plaintiff in error.

*J: D. Lovett, solicitor-general, John P. & Dewey Knight,* contra.